# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| CASSANDRA SMITH, | : | |
| Plaintiff, | : | |
| vs. | : | CA 18-0126-MU |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | : | |
| | : | |
| Defendant. | | |

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying plaintiff benefits be affirmed..

**DONE** this the 5th day of February, 2019.

      s/P. Bradley Murray
**UNITED STATES MAGISTRATE JUDGE**